Opinion issued May 14, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-01082-CV

————————————

## IN RE KIRBY INLAND MARINE, LP, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kirby Inland Marine, LP filed a petition for writ of mandamus challenging the following three orders issued by the trial court on December 12, 2025, relating to Kirby's motion to disqualify plaintiff's counsel in the underlying case: (1) Order Denying Defendant's Motion to Disqualify David James and Sorrels Law and Lifting of Stay, (2) Order Granting Plaintiff's Motion to Strike Post-

Hearing Declaration of Madison Rodabough, and (3) Order Denying Defendant's Motion for Leave to Supplement the Record.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[1] The underlying case is *Jessi Mendia v. Kirby Inland Marine, LP*, cause number 2024-47835, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.